# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

CHAMBERS OF
**JAMES B. MORAN**
SENIOR JUDGE

TELEPHONE
312 - 435 - 5572

**August 19, 2008**

Judge Ortrie D. Smith, Chairman
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington D.C. 20544

Dear Judge Smith:

I enclose amended pages 4-9 of my 2007 Financial Disclosure Report. The great expansion over previous reports is due to my marriage in March, 2007. ███████ investments at the time have been indicated by an X, to indicate that they then became reportable. Transactions after the marriage were previously reported.

Some errors have been corrected in the amended report. For example, the reference to the FPL Group Capital on line 58 has been eliminated as a duplicate of line 16.

If no income was received, the amended report so indicates. The reference to an Abbott Laboratories transaction in May, 2007, is in error. That stock was sold in May, 2008, and that sale will be reported next year.

I hope this responds to all your concerns.

Sincerely,

JBM:ay

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MORAN, JAMES B | USDC, NDIL | 06/05/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR DISTRICT JUDGE | ☐ Nomination, Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2007 <br> to <br> 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 219 S. Dearborn Street <br> Chicago, Illinois 60604 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Salvation Army, Corrections/Advisory Committee |
| 2. Director | Gateway Foundation |
| 3. Director | Woodlaw Com. Development Corp.(nonprofit com. org.) |
| 4. Director | Chicago Federal Bar Association |
| 5. Director | Evanston Defender Program |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 JUN 13 A 10: 49 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| MORAN, JAMES B | 06/05/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IBID, INC. | | None | J | U | | | | | out of business 12/31/07 |
| 2. Capital One | A | Interest | J | T | | | | | |
| 3. First Bank & Trust | A | Interest | J | T | | | | | |
| 4. Abbott Laboratories ✗ | A | Int./Div. | J | T | | 5/8 | J | | |
| 5. Archer Daniels Midland ✗ | A | Dividend | J | T | | | | | |
| 6. Baxter International ✗ | A | Dividend | J | T | | | | | |
| 7. Bristol Myers Squibb ✗ | A | Dividend | J | T | | | | | |
| 8. Chevron Corp. ✗ | A | Dividend | J | T | | | | | |
| 9. ConocoPhillips ✗ | A | Dividend | J | T | | | | | |
| 10. Coca Cola | A | Dividend | J | T | buy | 6/19 | J | | |
| 11. Duke Energy ✗ | A | Dividend | J | T | sell | 7/19 | J | A | |
| 12. DuPont | A | Dividend | J | T | buy | 4/12 | J | | |
| 13. Exelon Mobil ✗ | A | Int./Div. | J | T | sell | 9/10 | J | A | |
| 14. FNMA ✗ | C | Interest | M | T | buy and sell | vario | K | C | |
| 15. FPL Group ✗ | A | Dividend | J | T | sell | 6/7 | J | A | |
| 16. FPL Group ✗ | A | Dividend | J | T | sell | 8/9 | J | A | |
| 17. France Telecom ✗ | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORAN, JAMES B | 06/05/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. General Electric | A | Dividend | J | T | buy | 6/19 | K | | |
| 19. GNM  X | A | Interest | J | T | sell | vario | J | A | |
| 20. Hartford Fin Services  X | A | Dividend | J | T | | | | | |
| 21. Heinz HJ  X | A | Dividend | J | T | | | | | |
| 22. Honeywell Int'l  X | A | Dividend | J | T | | | | | |
| 23. IBM | A | Dividend | J | T | buy | 9/10 | J | | |
| 24. Ishares Dow Jones  X | A | Dividend | J | T | sell | 8/15 | J | A | |
| 25. Johnson & Johnson | | None | J | T | buy | 11/29 | J | | |
| 26. Kimberly Clark  X | A | Dividend | J | T | | | | | |
| 27. Kraft Foods  X | A | Dividend | J | T | | | | | |
| 28. Limited Brands  X | A | Dividend | J | T | sell | 4/17 | J | A | |
| 29. Merck & Co.  X | A | Dividend | J | T | | | | | |
| 30. ML Bank USA RASP  X | A | Dividend | J | T | redeemed | 11/20 | J | A | |
| 31. Morgan Stanley | A | Interest | K | T | redeemed | 4/2 | J | A | |
| 32. Motorola | A | Dividend | J | T | buy | 11/13 | J | A | |
| 33. Nippon Tel & Tel. | A | Dividend | J | T | buy | 4/17 | J | | |
| 34. Oracle | | None | J | T | buy | 10/9 | J | A | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
      P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORAN, JAMES B | 06/05/2008 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Principal Life Ins.  X | A | Interest | K | T | | | | | |
| 36. Streetrocks Gold | A | Dividend | J | T | buy | 8/28 | J | | |
| 37. Telecon Italia  X | A | Dividend | J | T | | | | | |
| 38. Union Pacific  X | A | Dividend | J | T | | | | | |
| 39. VerizonCommunication  X | A | Dividend | J | T | | | | | |
| 40. Vodafone Group PLC  X | A | Dividend | J | T | | | | | |
| 41. cdWashington Mut. Bk. | | None | K | T | buy | 7/19 | J | | |
| 42. Waste Management  X | A | Dividend | J | T | | | | | |
| 43. Alcoa  X | A | Interest | | | sell | 5/8 | J | A | |
| 44. Allstate  X | A | Dividend | | | sell | 6/6 | J | A | |
| 45. American Express  X | A | Interest | | | sell | 6/11 | J | A | |
| 46. AON  X | A | Dividend | | | sell | 7/12 | J | A | |
| 47. Bear Stearns  X | A | Interest | | | sell | 6/7 | J | A | |
| 48. Burlington, Santa Fe  X | A | Dividend | | | sell | 6/6 | J | A | |
| 49. Boeing Co.  X | A | Interest | | | sell | 6/11 | J | A | |
| 50. Cisco  X | A | Interest | | | sell | 4/24 | J | A | |
| 51. Citigroup  X | A | Interest | | | sell | 6/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORAN, JAMES B | 06/05/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Dragico Capital | X | A | Interest | | | sell | 6/11 | J | A | |
| 53. Dominion Resources | X | A | Interest | | | sell | 6/11 | J | A | |
| 54. Donnelly & Sons | X | A | Interest | | | sell | 3/30 | J | A | |
| 55. Dos Chemical | X | A | Interest | | | sell | 2/27 | J | A | |
| 56. Fin. SEC Assur. HLD | X | A | Dividend | | | sell | 5/29 | J | A | |
| 57. FNMA | X | C | Interest | K | T | buy&sell | vario | K | E | |
| 58. FPL Group Capital | | | | | | sell | 8/9 | J | A | |
| 59. Gap | X | A | Dividend | | | sell | 10/15 | J | A | |
| 60. Goldman Sachs | X | A | Interest | | | sell | 6/11 | J | A | |
| 61. Ing Group | X | A | Dividend | | | sell | 6/19 | J | A | |
| 62. J C Penney Co. | X | A | Int./Div. | | | sell | 7/31 | J | A | |
| 63. John Deere Capital Corp | X | A | Interest | | | sell | 6/11 | J | A | |
| 64. J.P. MorganChase | X | A | Interest | | | sell | 6/11 | J | A | |
| 65. Metlife Inc. | X | A | Interest | | | sell | 6/11 | J | A | |
| 66. ML&Co. SRN Div. | X | | None | | | redemption | 5/3 | J | A | |
| 67. ML Bank Dep. Prog. | X | A | Interest | J | T | | | | | |
| 68. MorganStanleyDean Whittier | X | A | Interest | J | T | sell | 4/2 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORAN, JAMES B | 06/05/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. NM Gen'l Elec. Corp. X | A | Interest | | | sell | 6/11 | J | A | |
| 70. NM Household Fin. X | A | Interest | | | sell | 6/11 | J | A | |
| 71. Pfizer Inc. X | A | Dividend | | | sell | 6/6 | J | A | |
| 72. Pinnacle West Group X | A | Dividend | | | sell | 7/19 | J | A | |
| 73. Royal Bk of Scotland X | A | Dividend | | | sell | 6/19 | J | A | |
| 74. Safeway X | A | Dividend | | | sell | 8/27 | J | A | |
| 75. SBC Comm. X | A | Interest | | | sell | 6/11 | J | A | |
| 76. Scana Corp. X | A | Dividend | | | sell | 7/19 | J | A | |
| 77. Spectra Energy X | A | Dividend | J | T | sell | 7/19 | J | A | |
| 78. U.S. Treasury X | C | Interest | K | T | buy&sell | vario | J | A | |
| 79. Walt Disney X | A | Interest | | | sell | 6/11 | J | A | |
| 80. Wells Fargo X | A | Interest | | | sell | 6/11 | J | A | |
| 81. Sprint Nextel X | A | Interest | | | sell | 6/11 | J | A | |
| 82. Wisdomtreo Int. DV X | A | Dividend | J | T | | | | | |
| 83. Wyeth X | A | Dividend | J | T | | | | | |
| 84. Xerox X | None | | J | T | | | | | |
| 85. Blackrock Global-MF X | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORAN, JAMES B | 06/05/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Federated Mkt-MF        X | A | Dividend | J | T | | | | | |
| 87. Lord Abbott Growth-MF   X | A | Dividend | J | T | | | | | |
| 88. Federal Farm Credit Bank | *None* | | | | buy | 6/21 | L | | |
| 89. Federal Farm Credit Bank | | | | | sell | 7/11 | L | A | |
| 90. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MORAN, JAMES B | 06/05/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | Thucydides | October 18-21, 2007 | LaJolla, California | Participant | transportation, hotel and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORAN, JAMES B | 06/05/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORAN, JAMES B | 06/05/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. IBID, INC. | | | J | U | | | | | out of business 12/31/07 |
| 2. Capital One | A | Interest | J | T | | | | | |
| 3. First Bank & Trust | A | Interest | J | T | | | | | |
| 4. Abbott Laboratories | A | Int./Div. | J | T | | 5/8 | J | A | |
| 5. Archer Daniels Midland | A | Dividend | J | T | | | | | |
| 6. Baxter International | A | Dividend | J | T | | | | | |
| 7. Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 8. Chevron Corp. | A | Dividend | J | T | | | | | |
| 9. ConocoPhillips | A | Dividend | J | T | | | | | |
| 10. Coca Cola | A | Dividend | J | T | buy | 6/19 | J | | |
| 11. Duke Energy | A | Dividend | J | T | sell | 7/19 | J | A | |
| 12. DuPont | A | Dividend | J | T | buy | 4/12 | J | | |
| 13. Exelon Mobil | A | Int./Div. | J | T | sell | 9/10 | J | A | |
| 14. FNMA | C | Interest | M | T | buy and sell | vario | K | C | |
| 15. FPL Group | A | Dividend | J | T | sell | 6/7 | J | A | |
| 16. FPL Group | A | Dividend | J | T | sell | 8/9 | J | A | |
| 17. France Telecom | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORAN, JAMES B | 06/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" aft each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. General Electric | A | Dividend | J | T | buy | 6/19 | K | | |
| 19. GNM | A | Interest | J | T | sell | vario | J | A | |
| 20. Hartford Fin Services | A | Dividend | J | T | | | | | |
| 21. Heinz HJ | A | Dividend | J | T | | | | | |
| 22. Honeywell Int'l | A | Dividend | J | T | | | | | |
| 23. IBM | | | J | T | buy | 9/10 | J | | |
| 24. Ishares Dow Jones | A | Dividend | J | T | sell | 8/15 | J | A | |
| 25. Johnson & Johnson | | | J | T | buy | 11/29 | J | | |
| 26. Kimberly Clark | A | Dividend | J | T | | | | | |
| 27. Kraft Foods | A | Dividend | J | T | | | | | |
| 28. Limited Brands | A | Dividend | J | T | sell | 4/17 | J | A | |
| 29. Merck & Co. | A | Dividend | J | T | | | | | |
| 30. ML Bank USA RASP | A | Dividend | J | T | redeemed | 11/20 | J | A | |
| 31. Morgan Stanley | A | Interest | K | T | | | | | |
| 32. Motorola | A | Dividend | J | T | buy | 11/13 | J | A | |
| 33. Nippon Tel & Tel. | A | Dividend | J | T | buy | 4/17 | J | | |
| 34. Oracle | | | J | T | buy | 10/9 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORAN, JAMES B | 06/05/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Principal Life Ins. | A | Interest | K | T | | | | | |
| 36. Streetrocks Gold | A | Dividend | J | T | buy | 8/28 | J | | |
| 37. Telecon Italia | A | Dividend | J | T | | | | | |
| 38. Union Pacific | A | Dividend | J | T | | | | | |
| 39. VerizonCommunication | A | Dividend | J | T | | | | | |
| 40. Vodafone Group PLC | A | Dividend | J | T | | | | | |
| 41. cdWashington Mut. Bk. | | | K | T | buy | 7/19 | J | | |
| 42. Waste Management | A | Dividend | J | T | | | | | |
| 43. Alcoa | A | Interest | | | sell | 5/8 | J | A | |
| 44. Allstate | A | Dividend | | | sell | 6/6 | J | A | |
| 45. American Express | A | Interest | | | sell | 6/11 | J | A | |
| 46. AON | A | Dividend | | | sell | 7/12 | J | A | |
| 47. Bear Stearns | A | Interest | | | sell | 6/7 | J | A | |
| 48. Burlington, Santa Fe | A | Dividend | | | sell | 6/6 | J | A | |
| 49. Boeing Co. | A | Interest | | | sell | 6/11 | J | A | |
| 50. Cisco | A | Interest | | | sell | 4/24 | J | A | |
| 51. Citigroup | A | Interest | | | sell | 6/11 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORAN, JAMES B | 06/05/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Dragico Capital | A | Interest | | | sell | 6/11 | J | A | |
| 53. Dominion Resources | A | Interest | | | sell | 6/11 | J | A | |
| 54. Donnelly & Sons | A | Interest | | | sell | 3/30 | J | A | |
| 55. Dos Chemical | A | Interest | | | sell | 2/27 | J | A | |
| 56. Fin. SEC Assur. HLD | A | Dividend | | | sell | 5/29 | J | A | |
| 57. FNMA | C | Interest | K | T | buy&sell | vario | K | E | |
| 58. FPL Group Capital | | | | | sell | 8/9 | J | A | |
| 59. Gap | A | Dividend | | | sell | 10/15 | J | A | |
| 60. Goldman Sachs | A | Interest | | | sell | 6/11 | J | A | |
| 61. Ing Group | A | Dividend | | | sell | 6/19 | J | A | |
| 62. J C Penney Co. | A | Int./Div. | | | sell | 7/31 | J | A | |
| 63. John Deere Capital Corp | A | Interest | | | sell | 6/11 | J | A | |
| 64. J.P. MorganChase | A | Interest | | | sell | 6/11 | J | A | |
| 65. Metlife Inc. | A | Interest | | | sell | 6/11 | J | A | |
| 66. ML&Co. SRN Div. | | | | | redemption | 5/3 | J | A | |
| 67. ML Bank Dep. Prog. | A | Interest | J | T | | | | | |
| 68. MorganStanleyDean Whittier | B | Interest | | | sell | 4/2 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORAN, JAMES B | 06/05/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. NM Gen'l Elec. Corp. | A | Interest | | | sell | 6/11 | J | A | |
| 70. NM Household Fin. | A | Interest | | | sell | 6/11 | J | A | |
| 71. Pfizer Inc. | A | Dividend | | | sell | 6/6 | J | A | |
| 72. Pinnacle West Group | A | Dividend | | | sell | 7/19 | J | A | |
| 73. Royal Bk of Scotland | A | Dividend | | | sell | 6/19 | J | A | |
| 74. Safeway | A | Dividend | | | sell | 8/27 | J | A | |
| 75. SBC Comm. | A | Interest | | | sell | 6/11 | J | A | |
| 76. Scana Corp. | A | Dividend | | | sell | 7/19 | J | A | |
| 77. Spectra Energy | A | Dividend | J | T | sell | 7/19 | J | A | |
| 78. U.S.Treasury | C | Interest | K | T | buy&sell | vario | J | A | |
| 79. Walt Disney | A | Interest | | | sell | 6/11 | J | A | |
| 80. Wells Fargo | A | Interest | | | sell | 6/11 | J | A | |
| 81. Sprint Nextel | A | Interest | | | sell | 6/11 | J | A | |
| 82. Wisdomtreo Int. DV | A | Dividend | J | T | | | | | |
| 83. Wyeth | A | Dividend | J | T | | | | | |
| 84. Xerox | | | J | T | | | | | |
| 85. Blackrock Global-MF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Federated Mkt-MF | A | Dividend | J | T | | | | | |
| 87. Lord Abbott Growth-MF | A | Dividend | J | T | | | | | |
| 88. Federal Farm Credit Bank | | | | | buy | 6/21 | L | | |
| 89. Federal Farm Credit Bank | | | | | sell | 7/11 | L | A | |
| 90. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1.001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORAN, JAMES B | 06/05/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544